

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. W. J. McConnell, President,
North Texas State Teachers College,
Denton, Texas

Dear Sir:

Opinion No. O-1227
Re: How can the North Texas State
Teachers College dispose of
real estate owned by it?

Your letter asking how the North Texas State Teachers College may dispose of its real estate received.

Upon request you furnished us with a certified copy of the deed from E. W. Fritz and wife to the State of Texas, conveying the property you desire to sell, it is dated March 21, 1910, and is recorded in Vol. 114 page 443 Deed Records of Denton County, Texas, and conveys the property to the State of Texas.

Since the land is conveyed in absolute fee to the State of Texas, the North Texas State Teachers College has no interest therein, and we presume you are not interested in how it may be sold, because if it was sold, the money would have to be placed in the general treasury.

We return you herewith the certified copy of the deed from E. W. Fritz and wife to the State of Texas, which you sent, and which you requested returned to you.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Geo. W. Barcus
Assistant

GWB-MR

Enclosures

APPROVED SEP 27, 1939

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT